# OVERTON, RUSSELL, DOERR AND DONOVAN, LLP

ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

———

TELEPHONE (518) 383-4085
TELECOPIER (518) 383-4282

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| Plaintiff, | |
| v. | CIVIL NO. **1:15-CV-200** |
| **Judy Thomas,** | ORDER/APPLICATION FOR WRIT OF GARNISHMENT |
| Defendant. | |
| and, | |
| **M&T Bank,** | |
| Garnishee. | |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, **Judy Thomas,** ("Defendant") Social Security Number **XXX-XX-9807,** whose last known address is: **7 Oak Ave Ballston Spa, NY 12020** in the above cited action in the amount of **$12,271.73,** plus interest at the rate of **.24%** from **5/18/2015,** until paid, together with costs. A balance of **$6,572.77** remains outstanding. Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

The Garnishee, **M&T Bank,** is believed to owe or will owe money or property to Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or Garnishee's authorized agent is:

**M&T Bank
PO Box 844
Buffalo, NY 14240**

Dated this 3rd day of August, 2018.

Respectfully submitted:

Linda L Donovan
Overton, Russell, Doerr & Donovan

_____

Dated at _____ , NY

_____

IT IS SO ORDERED:

_____
Daniel J. Stewart
U.S. Magistrate Judge

Dated: __8/13/2018_____
        Albany, NY