## OVERTON, RUSSELL, DOERR AND DONOVAN, LLP
ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

TELEPHONE (518) 383-4085
TELECOPIER (518) 383-4282

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.                              CIVIL NO. 1:15-CV-200

**Judy Thomas,**                ORDER/APPLICATION FOR WRIT OF
                                       GARNISHMENT
          Defendant.

     and,

**Sunmark FCU,**

          Garnishee.

      The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, **Judy Thomas,** ("Defendant") Social Security Number **XXX-XX-9807**, whose last known address is: **7 Oak Ave Ballston Spa, NY 12020** in the above cited action in the amount of **$12,271.73**, plus interest at the rate of **.24%** from **5/18/2015**, until paid, together with costs. A balance of **$6,572.77** remains outstanding. Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

      The Garnishee, **Sunmark FCU,** is believed to owe or will owe money or property to Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

      The name and address of the Garnishee or Garnishee's authorized agent is:

     **Sunmark FCU**
     **1187 Troy Schenectady Rd**
     **Latham, NY 12110.**

Dated this 3rd day of August, 2018.

Respectfully submitted:

Linda L Donovan
Overton, Russell, Doerr & Donovan

_____

Dated at C̲e̲n̲t̲m̲p̲a̲r̲, NY

8/13/18
_____

IT IS SO ORDERED:

_____
Daniel J. Stewart
U.S. Magistrate Judge

Dated: 8/13/2018
   Albany, NY